IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  October 31, 2014
Court Reporter:      Terri Lindblom              Probation: Nicole Peterson

_____

Criminal Action No.  13-cr-00159-WJM          *Counsel:*

UNITED STATES OF AMERICA,                    Susan Knox

         Plaintiff,

v.

2.  JERRICA ALLEN,                                 Laura Menninger

         Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:08 p.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Ms. Menninger

The Court addresses the Defendant's Objections to the Presentence Report [1101]

1

**ORDERED:  Defendant's Objections to the Presentence Report [1101]:**

> **The objection to a reference in the Report to the defendant being a gang member is SUSTAINED.  The probation officer is directed to revise the Presentence Investigation Report to delete all references to the defendant being a gang member.**
>
> **As to the objection to the reference in the Report to the defendant "cooking" cocaine into crack cocaine, under Rule 32, no ruling is required.**
>
> **The second objection to the offense level computation in the report is OVERRULED AS MOOT.**

**ORDERED:  There being no objection to the motion, the Government's Motion to Dismiss Counts Three, Twenty-One, Twenty-Nine, and Thirty of the Indictment as to Defendant Jerrica Allen [1106] is GRANTED. Counts Three, Twenty-One, Twenty-Nine, and Thirty of the Indictment are dismissed as to Defendant Jerrica Allen only.**

**ORDERED:  There being no objection to the motion, the Government's Motion Regarding Acceptance of Responsibility [1105] is GRANTED.**

**ORDERED:  Defendant Jerrica Allen's Unopposed Motion For Downward Variance [1102] is GRANTED.**

**02:28 - 02:29 Bench Conference**

**ORDERED: Restricted [1108] is GRANTED.**

The Court addresses Restricted [1114]

Argument/Discussion

**ORDERED: Restricted [1114] is GRANTED IN PART.**

Statement by the executive director of Bridge House

Statement by an employee at Bridge House

Defendant's Allocution

Defendant plead guilty to Count One of the Indictment and admitted to the general notice of forfeiture on December 2, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Jerrica Allen, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 36 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give the defendant full credit for her time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse Program, and that the defendant take advantage of such a program during her imprisonment.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of four years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, she shall not possess a firearm as defined in 18 U.S.C. § 921, and the defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and she shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

1. **The defendant shall participate in and she shall successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation**

officer.  **The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2.   **The defendant shall participate in and she shall successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

3.   **The defendant shall remain medication compliant and she shall take all medications that are prescribed by her treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.**

4.   **The defendant shall not associate with or have any contact with any gang members, and she shall not participate in any gang activity, to include displaying of gang paraphernalia.**

**ORDERED:   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of her right to appeal her conviction, as well as the sentence imposed, except in very limited circumstances**.**

Court's comments

The Government does not oppose voluntary surrender.

The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community. It is, therefore,

**ORDERED that the defendant, Jerrica Allen, shall surrender at the institution designated by the Bureau of Prisons on December 5, 2014 at 12:00 noon.**

**The defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

03:00 p.m.    Court in Recess
                     Hearing concluded
                     Time: 52 minutes