**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 13-cr-0159-WJM-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**2.    JERRICA ALLEN**

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, JERRICA ALLEN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to FCI Phoenix Satellite Camp (SCP), 37900 N. 45th Avenue, Phoenix, Arizona, on December 29, 2014 by 12:00 noon, and will travel at her own expense.

    Dated this 26th day of November, 2014.

                                            BY THE COURT:

                                            _____
                                            William J. Martínez
                                            United States District Judge